IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 17-0394-CG-C |
| | ) |
| THE UNIVERISTY OF SOUTH | ) |
| ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

This cause is before the Court on the Defendants' Motion to Dismiss Amended Complaint (Doc. 49).[1]

Any response in opposition to the motion shall be filed **no later than November 8, 2017**. Said response should include the legal arguments in opposition to the motion. Defendants may file a reply **no later than November 15, 2017,** after which the motion will be taken under submission. No further briefing will be allowed without prior permission from the Court.

The motion is being submitted without oral argument. See Fed.R.Civ.P. 78(b). If the Court determines that oral argument would be appropriate, it shall advise the parties. See Civil L.R. 7(h).

**DONE and ORDERED** this 26th day of October, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In light of the foregoing, the Defendants' Motion to Dismiss the original complaint (Doc. 20) is **MOOT**.