IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE<br><br>      Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF SOUTH ALABAMA, *et. al.*,<br><br>      Defendants. | CIVIL ACTION NO.: 1:17-CV-00394-CG-C |

### JOHN DOE MOTION FOR LEAVE OF COURT
### TO PROVIDE SUPPLEMENTAL AUTHORITY

Plaintiff John Doe respectfully seeks leave of court to provide supplemental legal authority in support of his pending request for injunctive relief and in opposition to Defendants' Motion to Dismiss.

*Jane Roe v. Javaune Adams-Gaston, et.al.,* Civil Action No.2:17-cv-945 (S.D. Ohio Eastern Division April 17, 2018) (granting preliminary injunction to student alleging violation of due process right to cross-examine adverse witnesses during the university disciplinary hearings).

As grounds for this Motion, Plaintiff John Doe states as follows: the attached authority was issued subsequent to the Plaintiff's briefing deadlines of the Court and the case touches upon the identical issue before this Court- the inability of a student accused of alleged sexual misconduct to cross-examine adverse witnesses during a university's disciplinary hearing. Additionally the interests of justice in this particular case warrant the Court's consideration.

*Accordingly*, Plaintiff John Doe seeks leave of court to provide the attached supplemental legal

1

authority.

                                  Respectfully submitted,

                                  /s/ Matt Green

                                _____

                                Matt Green, Esq. (GRE095 A)

OF COUNSEL:
Matt Green, Esq. (GRE095 A)
The Law Office of Matt Green,  LLC
*The Pollock-Altmayer House*
501 Government Street, Suite 1
Mobile, AL 36602
Ph: (251) 434-8500
Facsimile: (251)408-3265
E-mail: mattgreenlaw@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, the foregoing document was filed with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record.

                                /s/ Matt Green

                                The Law Office of Matt Green,  LLC
                                *The Pollock-Altmayer House*
                                501 Government Street, Suite 1
                                Mobile, AL 36602
                                Ph: (251) 434-8500
                                Facsimile: (251)408-3265
                                E-mail: mattgreenlaw@comcast.net