# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE<br><br>    Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF SOUTH ALABAMA; MICHAEL A. MITCHELL**,** individually and in his official capacity as Vice President for Student Affairs and Dean of Students and Deputy Title IX Coordinator for Students; ANDREA C. AGNEW**,** individually and in her official capacity as Assistant Dean of Students; KRISTA HARRELL**,** individually and in her official capacity as Associate Dean of Students & Title IX Coordinator; *et.al*.,<br><br>    Defendants. | CIVIL ACTION NO.:  1:17-cv-00394-WS-C |

## NOTICE OF SERVICE OF DISCOVERY

Plaintiff hereby gives notice of service of the following discovery:

1. Plaintiff's First Set of Interrogatories and Request for Production to Defendant Michael Mitchell;

2. Plaintiff's First Set of Interrogatories and Request for Production to Defendant Andrea Agnew; and

3. Plaintiff's First Set of Interrogatories and Request for Production to Defendant Krista Harrell.

Respectfully submitted,

/s/ Matt Green(GRE095 A)
_____

Matt Green, Esq. (GRE095 A)

The Law Office of Matt Green, LLC
*The Pollock-Altmayer House*
501 Government Street, Suite 1
Mobile, AL 36602
Ph: (251) 434-8500
Facsimile: (251)408-3265
E-mail: mattgreenlaw@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2020, the foregoing document was filed with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record.

/s/ Matt Green
The Law Office of Matt Green, LLC
*The Pollock-Altmayer House*
501 Government Street, Suite 1
Mobile, AL 36602
Ph: (251) 434-8500
Facsimile: (251)408-3265
E-mail: mattgreenlaw@comcast.net