IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE<br><br>   Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF SOUTH ALABAMA, *et. al.*,<br><br>   Defendants. | CIVIL ACTION NO.: 1:17-CV-00394-CG-C |

**PLAINTIFF'S EXPERT DISCLOSURES AND
NOTICE OF FILING OF EXPERT WRITTEN REPORT**

**COMES NOW** the Plaintiff, by and through his undersigned counsel, and submits the following information pursuant to Fed. Rule Civ. P. 26(a)(2)(B)(C):

1. Dr. Joseph Law, Vocation Rehabilitation expert, whose written report will be served upon Defendants today. The substance of his opinions and findings are attached.

2. Shayria R. Catlin, CRNP:
   Ms. Catlin is expected to testify as to Plaintiff's medical condition and his August 15, 2016 visit. She is also expected to testify as to her specific treatment and testing of Plaintiff, including office visits at the Mobile County Board of Health. A summary of her opinions may be found in the Mobile County Board of Health records, which is attached.

3. Eric A. McCraney, CRNP:
   Mr. McCraney is expected to testify as to Plaintiff's medical condition and his August 15, 2016 visit. He is also expected to testify as to his specific treatment and testing of Plaintiff, including office visits at the Mobile County Board of Health. A summary of his opinions may be found in the Mobile County Board of Health records, which is attached.

                                                Respectfully submitted,

                                                */s/ Matt Green*
                                                Matt Green, Esq. (GRE095 A)

**OF COUNSEL:**

Matt Green, Esq. (GRE095 A)
The Law Office of Matt Green, LLC
*The Pollock-Altmayer House*
501 Government Street, Suite 1
Mobile, AL 36602
Ph: (251) 434-8500
Facsimile: (251)408-3265
E-mail: mattgreenlaw@comcast.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 13, 2020, the foregoing document was filed with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record.

                                                              */s/ Matt Green*