**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN DOE,** | * | |
| | * | |
| **Plaintiff,** | * | **CIVIL ACTION NO.:** |
| | * | **1:17-CV-00394-CG-C** |
| **v.** | * | |
| | * | |
| **THE UNIVERSITY OF SOUTH** | * | |
| **ALABAMA, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

## NOTICE OF SERVICE

Defendants Michael A. Mitchell, Andrea C. Agnew, and Krista Harrell give notice that on September 10, 2020, they served the following upon counsel for Plaintiff:

1. Notice of Intent to Serve Subpoenas on Non-Parties:  Premier Medical – Dauphin Street West, Lowe's – Store 1744, and Dauphin West Surgery Center.

Respectfully submitted,


 */s/ Christine Harding Hart*
WINDY C. BITZER (BITZW7315)
CHRISTINE HARDING HART (HARTC5687)
*Attorneys for Defendants Michael A. Mitchell,
Andrea C. Agnew, and Krista Harrell*

OF COUNSEL:
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511
wbitzer@handfirm.com
chart@handfirm.com

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on September 10, 2020, the foregoing document was filed with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following:

      Matt Green, Esq.
      The Law Office of Matt Green, LLC
      The Pollock-Altmayer House
      501 Government Street, Suite 1
      Mobile, Alabama 36602
      mattgreenlaw@comcast.net

                                  */s/ Christine Harding Hart*

6772293.docx

2