# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | * | |
| | * | |
| Plaintiff, | * | **CIVIL ACTION NO.:** |
| | * | **1:17-CV-00394-CG-C** |
| v. | * | |
| | * | |
| **THE UNIVERSITY OF SOUTH ALABAMA, et al.,** | * | |
| | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF SERVICE

Defendants Michael A. Mitchell, Andrea C. Agnew, and Krista Harrell give notice that on October 13, 2020, they served the following upon counsel for Plaintiff:

1. Notice of Intent to Serve Subpoena on Non-Party: Lowe's Home Centers, LLC (Reissued to the proper custodian of employment records in care of their Registered Agent).

                                                  Respectfully submitted,

                                                 */s/ Christine Harding Hart*
                                                WINDY C. BITZER (BITZW7315)
                                                CHRISTINE HARDING HART (HARTC5687)
                                                *Attorneys for Defendants Michael A. Mitchell,*
                                                *Andrea C. Agnew, and Krista Harrell*

OF COUNSEL:

HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511
wbitzer@handfirm.com
chart@handfirm.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2020, the foregoing document was filed with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following:

Matt Green, Esq.
The Law Office of Matt Green, LLC
The Pollock-Altmayer House
501 Government Street, Suite 1
Mobile, Alabama 36602
mattgreenlaw@comcast.net

      */s/ Christine Harding Hart*