# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | * | |
| | * | |
| **Plaintiff,** | * | **CIVIL ACTION NO.:** |
| | * | **1:17-CV-00394-CG-C** |
| **v.** | * | |
| | * | |
| **MICHAEL A. MITCHELL, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

## DECLARATION OF KRISTA HARRELL

COMES NOW Krista Harrell, and states as follows:

1. My name is Krista Harrell. I am over 19 years of age, competent to make this declaration, and have personal knowledge of the facts stated herein.

2. I am the Associate Dean of Students and Title IX Coordinator at the University of South Alabama. As part of my service to the University, I advise the Student Government Association (SGA)'s First Year Council (FYC), which is the first-year branch of the SGA. Roe 3 participated in First Year Council during her freshman year, before her Title IX case, and I interacted with her as part of that program and saw her at other campus gatherings. However, my relationship with her was not unlike my relationships with lots of students and it did not have any effect on how I conducted the intake process for her Title IX complaint against Doe, the Title IX complaint Doe made against Roe 3, or my decisions to refer both complaints to the Dean of Students office for investigation.

3. I did not harbor any bias or animosity against Doe. The only time I met Doe was when he came to see me to make his complaint against Roe 3, which I assumed was made in good faith and I referred for an investigation. I had no personal or professional stake in whether or not

Doe was found "responsible." We process multiple Title IX cases a year and while I monitor the progress of the cases, the outcomes of the cases have no impact on me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of January, 2021.

_____
KRISTA HARRELL