IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| John Doe,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL A. MITCHELL, individually and in his official capacity; ANDREA C. AGNEW, individually and in her official capacity; KRISTA HARRELL, individually and in her official capacity,<br><br>   Defendants. | CIVIL ACTION NO.: 1:17-cv-00394-CG-C |

**MOTION TO FILE UNDER SEAL CERTAIN EVIDENCE IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiff John Doe under S.D. Ala. General L.R. 5.2 and pursuant to this Court's prior orders as to confidentiality, the Plaintiff seeks leave of court to file certain exhibits in support of his response to the Defendants Motion for Summary Judgment under seal:

Exhibit 6:    UDC Hearing Audio Roe 1-2 Hearing & Decision

Exhibit 8:    UDC Hearing Audio 1st Roe 3 Hearing & Decision

Exhibit 9:    UDC Hearing Audio 2nd Roe 3 Hearing & Decision

Exhibit 10:    ROTC file

Exhibit 11:    UDC Training Materials

Exhibit 12:    Roe 1-2 File

Exhibit 13:   Mitchell Roe 1-2 Ruling on Appeal

Exhibit 14:   Doe Appeal of 2nd Roe 3 Hearing

Exhibit 15:   Minutes of Roe 1-2 UDC Deliberations

Exhibit 16:   Ortiz Personnel Documents

As grounds the Plaintiff would note the Court entered a Confidentiality and Protective Order in this matter. Plaintiff's exhibits have confidential information that may lead to disclosure of student's names and identities as well as other confidential information covered by the Court's Confidentiality and Protective Order. Alternatives to sealing will be inadequate because of the description of the students in the exhibits may make their identity readily apparent.

Plaintiff seeks sealing for the duration of the litigation, or by agreement of the parties.

For these reasons, Plaintiff respectfully requests that the Court issue an Order permitting the filing under seal of his documents.

Respectfully submitted this 28th day of February, 2021.

/s/ Matt Green
Matt Green (GREEM9500)

OF COUNSEL:
Matt Green, Esq.
The Law Office of Matt Green, LLC
*The Pollock-Altmayer House*
501 Government Street, Suite 1
Mobile, AL 36602
Ph: (251) 434-8500
Facsimile: (251) 434-8500
E-mail: mattgreenlaw@comcast.net

## CERTIFICATE OF SERVICE

  I hereby certify that I have on this 28th day of February, 2021, electronically filed the foregoing with the Clerk of the court using the CM/ECF system and will serve the defendants by their in house counsel who has agreed to accept service on behalf of all named defendants with the documents he intends to file under seal.

| | |
|---|---|
| Windy Bitzer, Esq. | Christine Hart, Esq. |
| Hand Arendall, L.L.C. | Hand Arendall, L.L.C |
| P.O. Box 123 | P.O. Box 123 |
| Mobile, AL 36601 | Mobile, AL 36601 |
| Phone: 251.694.6263 | Phone: 251.694.6358 |
| Fax: 251.544.1604 | Fax: 251.544.1693 |
| E-mail:wbitzer@handfirm.com | E-mail: chart@handfirm.com |

                 /s/ Matt Green
                 Matt Green