# DOE EXHIBIT 1:
# AGNEW UNDISPUTED FINDINGS OF FACT & DETERMINATION OF WITNESS CREDIBILITY
# ROE1-2 HEARING

FINDINGS

Undisputed

- Complainants consumed alcohol both on and off campus.
- A credible witness who transported the complainants from campus to the off-campus party between the hours of 11pm and midnight and who also observed them at the party described the complainants as "drunk".
- A credible witness who transported the complainants from the party to campus at 3:00am described the complainants as, "they were gone" (meaning very drunk).
- Text messages and phone logs support the complainants' statement of events and timeline.
- Text messages and phone logs do not support the respondent's statement of events and timeline.
- Sexual intercourse occurred between the respondent and each complainant.

Disputed

- With respect to the September 4th incident, the Respondent states that the complainants were not incapacitated and did not at any time withdraw consent, whereas the Complainants state that they were incapacitated and did not/could not consent to sexual activity with the Respondent.

CONFIDENTIAL