# EXHIBIT M

```
 1            IN THE UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF ALABAMA

 3

 4

 5
     * * * * * * * * * * * * * *
 6
     JOHN DOE,
 7
            Plaintiff,
 8                                        CIVIL ACTION NO.:
     v.
 9                                        1:17-CV-00394-CG-C
     MICHAEL A. MITCHELL, et al.,
10
            Defendants.
11
     * * * * * * * * * * * * * *
12

13

14

15

16

17
            The deposition of ███████████ ("John Doe"),
18
       taken at the law offices of
19
       Hand Arendall Harrison Sale, LLC,
20
       104 St. Francis Street, Suite 300,
21
       Mobile, Alabama, on September 4, 2020,
22
       commencing at approximately 9:05 a.m.
23
```

1  the date of your second hearing, the first one
2  involving Roe 3, your advocate, Attorney Green, made
3  some requests to Dr. Mitchell and to Ms. Ortiz, didn't
4  he?
5      A.   Yes, ma'am.
6           (EXHIBIT 3 WAS MARKED
7            FOR IDENTIFICATION.)
8  BY MS. BITZER:
9      Q.   Do you recognize Exhibit 3 as the
10 correspondence on which you were copied between
11 Attorney Green and Dr. Mitchell and Ms. Ortiz?
12     A.   Yes, ma'am.
13     Q.   And Attorney Green requested in item 4 that
14 all witnesses will be instructed to refrain from
15 mentioning any prior Title IX hearings involving you;
16 correct?
17     A.   Yes, ma'am.
18     Q.   And Dr. Mitchell responded that that would
19 be done before they entered the room and outside the
20 presence of the UDC; is that right?
21     A.   Yes, ma'am.
22     Q.   Did Ms. Ortiz give you that instruction
23 prior to the hearing?

```
 1        A.    Yes, ma'am.  There wasn't mention of
 2   anything from previous hearings.
 3        Q.    And you weren't planning to bring up
 4   anything about the prior hearing, were you?
 5        A.    No, ma'am.
 6        Q.    Did Ms. Ortiz give that instruction to
 7   Roe 3?
 8        A.    As far as I'm aware.
 9        Q.    And were those instructions given to you and
10   Roe 3 outside the presence of the UDC?
11        A.    Yes, ma'am.
12        Q.    Do you know whether Ms. Ortiz gave that
13   instruction to any witnesses who came to testify?
14        A.    I don't recall about the witnesses.  I just
15    know we were instructed,Roe 3 and I, or Roe 3 and I
16   were instructed to not bring it up.                    ,
17        Q.    So you don't know whether or not Ms. Ortiz
18   instructed any witness who came?
19        A.    Not that I recall.
20        Q.    You just may not have been out there with
21   them; right?
22        A.    Yes, ma'am.
23        Q.    Didn't Student 4, Student 4, appear at
```

```
 1        A.    I'm trying to remember the last time.  I
 2   think when I came back to school, I stopped by her
 3   office.  And that was about it.
 4        Q.    When you say you came back to school, is
 5   that after your suspension was lifted?
 6        A.    Yes, ma'am.
 7        Q.    Which would have been in the fall of 2018?
 8        A.    Around that time.
 9        Q.    Is that the last time you've seen or
10   communicated with her?
11        A.    Yes, ma'am.
12        Q.    Do you know where she lives or works now?
13        A.    No, ma'am.
14        Q.    Did you request that she testify before the
15   ROTC Board at their hearing on February 15, 2018?
16        A.    Yes, ma'am.
17        Q.    How did you go about asking her to do that?
18        A.    I just -- via email and I met with her and
19   asked if she would give a statement because she had
20   expressed multiple times throughout my UDC hearings
21   about conduct issues or things that the school or
22   Dr. Mitchell, Dr. Agnew -- things that they had done
23   throughout the hearings that were wrong and was
```

1  willing to give a statement in regards to that.
2     Q.   Did she provide a written statement?
3     A.   She actually testified there in person.
4     Q.   Did she present any written statement?
5     A.   I don't recall.
6     Q.   The emails you sent back and forth with her
7  about -- or other communications you had with her
8  about testifying at the ROTC hearing, were they sent
9  to her email account at the university?
10    A.   I think so.
11    Q.   Where was the ROTC hearing held?
12    A.   It was in a room in Alpha Hall South, which
13 is where the ROTC is.
14    Q.   Did you subpoena Ms. Ortiz to come or did
15 she appear voluntarily?
16    A.   I don't believe a subpoena was necessary.
17 She came voluntarily.
18    Q.   Did you and your attorney discuss with her
19 her testimony in advance of that hearing?
20    A.   We had met with her.
21    Q.   When did you meet with her?
22    A.   I don't recall.
23    Q.   Was it shortly before the hearing?

1   Q.   Did you ask them to come testify?
2   A.   Roe 2, I know, was given the option to come
3   and make a statement. I don't recall if the Army
4   allowed Roe 1 and 3 to go because they were not in the
5   military and it was a military hearing in regards to
6   that. But I do know Roe 2 was at least allowed to be
7   there if she wanted to or give a statement or present
8   evidence, but she never showed up.
9   Q.   Did you ask Roe 1, 2, or 3 to come to the
10  hearing to testify?
11  A.   I was not allowed to have contact with them,
12  so no.
13  Q.   Did any witnesses who testified or whose
14  statements were included in your UDC hearing packet
15  testify during your ROTC hearing?
16  A.   I don't think they did.
17  Q.   Was there any university employee other than
18  Ms. Ortiz present during the ROTC hearing?
19  A.   Yes. There was a gentleman who sat in.
20  Q.   Who was that?
21  A.   I can't remember his name off the top of my
22  head. He didn't say anything or wasn't really
23  involved. He just sat in.

```
1        Q.   Was he just an observer?
2        A.   I suppose so.  I think he was just there to
3   observe.
4             MR. GREEN:  If you don't know, just say you
5   don't know.
6        A.   I don't know.  I don't know.
7   BY MS. BITZER:
8        Q.   You said -- or you answered affirmatively
9   when I asked if there were any other university
10  employees.  Do you know what this gentleman does at
11  the university?
12       A.   No, ma'am.  I had never seen him before or
13  anything like that.
14       Q.   So how do you know he's a university
15  employee?
16       A.   I believe he stated -- when they were going
17  around the room saying who all was there, and they
18  went to him, and he's a university representative or
19  employee.
20       Q.   Did you ever talk to him about any of your
21  situations with the Roes or the process you received?
22       A.   No.
23       Q.   Was he a decision-maker in the ROTC hearing?
```

1  A.   No.  That was strictly just the military
2  personnel.
3  Q.   Your lawyer, Matt Green, testified in your
4  ROTC hearing, didn't he?
5  A.   Yes, ma'am.
6  Q.   And he held himself out as an expert
7  witness?
8  MR. GREEN: Object to the form.
9  A.   Yes, ma'am.
10 BY MS. BITZER:
11 Q.   Did the ROTC hearing panel have any of the
12 documents that your UDC panels had during your UDC
13 hearings?
14 A.   I believe so.
15 Q.   What documents did the ROTC hearing panel
16 have to review?
17 A.   I don't know all the documents off the top
18 of my head.
19 Q.   Did you offer any written evidence or
20 documents to the ROTC hearing panel?
21 A.   I don't recall specifically what all I gave
22 them.  I know I gave a statement and I was there for
23 the entirety of the hearing.  But I don't recall what