## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 17-0394-CG-C |
| | ) | |
| THE UNIVERSITY OF SOUTH | ) | |
| ALABAMA, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

### **JUDGMENT**

In accordance with the Court's order entered this date granting Defendants' motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants and against Plaintiff, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 4th day of May, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE